# EXHIBIT 6

**Canton of Zug**                                                                                   **Cantonal Court**

RECEIVED

Erl. .....................

Cantonal Court Aabachstrasse 3 P.O. Box 6301 Zug

**Court document (GU)**
Tennor International AG
Gubelstrasse 11
6300 Zug

Zug, 3 February 2026 gap

A3 2025 74
**Istar Capital Limited v Tennor International AG regarding claim and transfer of shares**

Dear Sirs

You have not submitted a statement of defence within the set deadline.

You are hereby requested to submit a written statement of defence in duplicate **within a grace period of** 5 **days** from receipt of this notification.

After the deadline has passed without action, the court shall issue a final decision, provided that the matter is ready for decision. Otherwise, it shall summon the parties to the main hearing (Art. 223(2) ZPO).

Failure to comply with the grace period may therefore lead to a final decision by the court based solely on the facts alleged by the plaintiff, without the defendant being given the opportunity to comment on the plaintiff's statements. Evidence may be taken ex officio on the basis of Art. 153 para. 2 ZPO at most if there are considerable doubts as to the accuracy of an undisputed fact.

Kind regards Cantonal Court of the
Canton of Zug
3rd Division

*[signature]*

P. Stüdli Cantonal
Judge

Kopla sn:
Counterparty

Aabachstrasse 3, P.O. Box, 6301 Zug
T 041 594 52 00

NGEGANSE\

Erl. ......................

Cantonal Court P.O. Box 6301 Zug [A3 2025 74 SPA1

Mr
Micha Bühler, Solicitor Walder
Wyss AG Seefeldstrasse 123,
P.O. Box
8034 Zurich

03.02.26    1.20
CH 6301    A STANDARD **DIE POST**
*
2000182

ONE
SPOONFUL 0 t,
FeË. 70žC
Erl..................

Canton of
Zug



POSTFACH 3334/8034 ZURICH