# EXHIBIT 7

# Lars Windhorst

Gubelstrasse 24, 6300 Zug, Schweiz

**Personal Guarantee**

I hereby personally guarantee the transfer of **EUR 1,000,000** to Istar next week in two tranches of 750.000 EUR each. One tranche on Wednesday the 16th (a day after the first 2.5 Mio EUR ECS bonds settlement between Berenberg and Quirin ) and another 750.000 EUR on Monday 21st July (after settlement of the second 2.5 Mio EU ECS trade between Berenberg and Quirin which should settle Friday the 18th July)

I will send these funds as part of the Voltaire settlement / Tennor Audacia to an account of Istar. You will confirm account details to me by email.

Signed,

*[signature]*

Lars Windhorst
10.7.2025

Lars Windhorst, Gubelstrasse 24, 6300 Zug, Schweiz