# EXHIBIT 8

**Dated 6 November 2025**

**Between:**

(1) **ISTAR CAPITAL LIMITED,** a limited company incorporated in UAE with registered address at Unit 604, Index Tower, DIFC, Dubai, 507268, UAE (**"Seller"**); and

(2) **Tennor LLC**, a company incorporated under the laws of the United States of America with its registered office at a limited liability company incorporated under the laws of the State of Delaware, United States of America, with registered address at 8 The Green, Suite B, City of Dover, Kent County, Zip Code 19901 (**"Purchaser"**).

**Whereas**

(A) The Seller is the holder of a EUR 6,500,000 Million Voltaire Finance B.V., 7% 26jul2023, EUR (DE000A193EJ6) ISIN: DE000A193EJ6 Bonds ("**Bonds**").

(B) The Seller agrees to sell and the Purchaser agrees to purchase the Bonds on the following terms.

**It is agreed** as follows:

**1      Definitions and Interpretation**

1.1    **Definitions**

"**Completion**" means the sale and purchase of the Bonds in accordance with this Agreement.

"**Purchase Price**" means the price for the Bonds as stated in Clause 2.2.

1.2    **Headings:** Headings shall be ignored in construing this Agreement.

1.3    **Contracts:** References in this Agreement to this Agreement or any other document are to this Agreement or that document as amended, supplemented or replaced from time to time and include any document that amends, supplements or replaces it.

**2      Agreement to sell and purchase**

2.1    Subject to the terms and conditions set out herein, the Seller agrees to sell the Bonds and the Purchaser agrees to buy the Bonds.

2.2    The purchase price for the sale of the Bonds are USD 2,500,000 (Two Million, Five Hundred Thousands Dollars) which shall be paid by the Purchaser to the Seller on or before Completion.

2.3    Completion shall occur no later than 7 Business days from the date of this Agreement.

2.4   All payments to be made to the Seller under this Agreement shall be made in USD by electronic transfer of immediately available funds to the Seller to the following account:

Account name: IStar Capital Ltd
Bank: First Abu Dhabi Bank
Branch: MOE

2.5   Following receipt of the Purchase Price by the Seller, the Seller will transfer the sale and transfer of the Bond.

2.6   Title to the Bonds and the risk of loss, damage or destruction of the Bonds shall pass from the Seller to the Purchaser at Completion.

2.7   If Completion does not take place within the timeframe specified in Clause 2.3, the Seller, at its sole option, may terminate the Agreement with no further obligations on the Seller and the Seller shall have the right to claim damages against the Purchaser for their losses and for all expenses incurred, together with interest.

## 3   Fees, expenses and taxes

Any taxes, fees and expenses in connection with the sale and transfer of the Bonds shall be for the Purchaser's account.

## 4   Warranty

The Seller and the Purchaser warrant to each other as follows:

4.1   The Seller and the Purchaser each have all requisite power and authority, and have taken all necessary corporate action, to enable each of them to enter into and perform this Agreement in accordance with its terms.

4.2   This Agreement constitutes (or shall when executed constitute) valid, legal and binding obligations on the Seller and the Purchaser enforceable in accordance with their respective terms.

## 5   Partial Invalidity

If, at any time, any provision of any of this Agreement is or becomes illegal, invalid or unenforceable in any respect under any law of any jurisdiction, neither the legality, validity or enforceability of the remaining provisions nor the legality, validity or enforceability of such provision under the law of any other jurisdiction will in any way be affected or impaired.

## 6   Contracts (Rights of Third Parties) Act 1999

A person who is not a party to this Agreement has no right under the Contracts (Rights of Third Parties) Act 1999 to enforce any term of this Agreement.

## 7   Law, Jurisdiction and Service of Process

7.1   This Agreement shall be governed by and construed in accordance with the laws of the State of New York in the United States of America, without giving effect to its conflicts of law principles. The Purchaser hereby irrevocably and unconditionally

submits, for the Purchaser and the Purchaser's property, to the exclusive jurisdiction of any state or federal courts of the United States of America sitting in New York City, and any appellate court from any thereof, in any action or proceeding arising out of this Agreement, or for recognition or enforcement of any judgment, and the Purchaser irrevocably and unconditionally agrees that all claims in respect of any such action or proceeding may be heard and determined in any such court. The Purchaser irrevocably and unconditionally waives, to the fullest extent the Purchaser may legally and effectively do so, any objection that the Purchaser may now or hereafter have to the laying of venue of any suit, action or proceeding arising out of or relating to this Agreement in any such court.

## 8 Notices

8.1 The Seller agrees that all notices and correspondence shall be sent by the Purchaser to olegj@istar.capital.

8.2 The Purchaser agrees that all notices and correspondence shall be sent by the Seller to lars.windhorst@tennor.com.

## 9 Entire Agreement

9.1 The written terms of this Agreement comprise the entire agreement between the Seller and the Purchaser in relation to the sale and purchase of the Bonds and supersede all previous agreements whether oral or written between the Parties in relation thereto.

9.2 Each of the Parties acknowledges that in entering into this Agreement it has not relied on and shall have no right or remedy in respect of any statement, representation, assurance or warranty (whether or not made negligently) other than as is expressly set out in this Agreement.

9.3 Any terms implied into this Agreement by any applicable statute or law are hereby excluded to the extent that such exclusion can legally be made. Nothing in this Clause shall limit or exclude any liability for fraud.

EXECUTED
by Oleg Victor Jelesko

………………………………

**For and on behalf of Istar Capital Limited**


EXECUTED
by Lars Windhorst

………………………………

**For and on behalf of Tennor LLC**