# EXHIBIT 10

**ISTAR CAPITAL LTD.**
Unit 604, Index Tower, DIFC, Dubai, 507268, UAE
Company registration number 2950

---

20 November 2025

To: **Tennor LLC** (**"**Tennor")
8 The Green, Suite B, City of Dover, Kent County, Zip Code 19901
Attn: Lars Windhorst
Email: Lars.Windhorst@tennor.com, Eoin.Speight@lw-office.com

Re: Formal Payment Demand and Notice of Default – Sale Agreement dated 6 November 2025

Dear Sirs:

We, Istar Capital Ltd. (the "Seller"), refer to the Securities Sale and Purchase Agreement dated 6 November 2025 between Istar Capital Ltd. as Seller and Tennor LLC as Purchaser (the "Agreement") relating to the sale of EUR 6,500,000 Voltaire Finance B.V. 7% Bonds (ISIN: DE000A193EJ6). We also refer to the Side Letter dated the same date (together, the "Transaction Documents").

Capitalised terms used but not defined herein have the meanings ascribed to them in the Agreement or the Side Letter.

### 1. Triggering of Completion and Due Date for Payment

Under Clause 2.2 of the Agreement, Tennor is obligated to pay the Purchase Price of USD 2,500,000 on or before Completion. Completion must occur no later than seven (7) Business Days from the effective date, pursuant to Clause 2.3.

The Side Letter provides that the Agreement becomes fully effective once the court seal on the Premises is formally lifted (Clause 1.1–1.3).

On 10 November 2025, the DIFC Court issued a Consent Order lifting and revoking the execution order over the Premises. The Premises were, from that date, accessible and the condition precedent in the Side Letter was fully satisfied. A copy of the Consent Order is attached.

Accordingly, Completion was required to occur <u>no later than 18 November 2025</u>, and Tennor's payment obligation became immediately due and payable on that date.

### 2. Tennor's Continuing Default

To date, Tennor has failed and refused to remit the Purchase Price. Tennor is therefore in material and continuing default under the Agreement.

This letter constitutes formal notice of default, and a demand for immediate cure.

### 3. Immediate Payment Demand

You are hereby required to remit the full Purchase Price of USD 2,500,000 without set-off,

deduction, or counterclaim to the following bank account no later than 21 November 2025 (COB New York time):

| ISTAR CAPITAL LIMITED'S BANKING DETAILS | |
|---|---|
| FOR REMITTANCES IN EUR: | |
| Bank: | First Abu Dhabi Bank |
| BENEFICIARY: | ISTAR CAPITAL LTD Client Account |
| SWIFT CODE / BIC: | NBADAEAA |
| Account: | 4031206143477008 |
| IBAN: | AE370354031206143477008 |
| Correspondent Bank: | DEUTSCHE BANK A.G FRANKFURT (DEUTDEFF) |
| FOR REMITTANCES IN USD: | |
| Bank: | First Abu Dhabi Bank |
| BENEFICIARY: | ISTAR CAPITAL LTD Client Account |
| SWIFT CODE / BIC: | NBADAEAA |
| Account: | 4031206143477007 |
| IBAN: | AE640354031206143477007 |
| Correspondent Bank: | Citibank N.A., New York (CITIUS33XXX) |

Failure to make full payment by the above deadline will constitute a further event of default and will leave the Seller with no alternative but to pursue all available remedies.

### 4. Notice of Litigation; Reservation of Rights

If Tennor fails to make full payment by 21 November 2025, the Seller will, without further notice, commence legal proceedings in the state or federal courts of New York City, in accordance with Clause 7.1 of the Agreement. Such proceedings will include, without limitation:

- a claim for the USD 2,500,000 Purchase Price;
- contractual damages, interest, and all costs of enforcement;
- recovery of legal fees to the fullest extent permitted under New York law.

We also reserve the rights to apply to DIFC Court for the execution order over the Premises, as a matter of priority, if the full Purchase Price of USD 2,500,000 is not paid to us by 21 November 2025 (COB New York time).

This Payment Demand shall constitute a letter before action / pre-litigation notice for all purposes under New York law, including CPLR and applicable commercial practice rules.

Nothing in this letter shall be construed as a waiver of any rights or remedies under the Agreement, the Side Letter, or applicable law, all of which are expressly reserved in full.

### 5. Required Response

Please confirm in writing by close of business today that payment will be effected tomorrow in full. Absent such confirmation, and failing timely receipt of funds, proceedings will be initiated immediately.

Yours faithfully,

....................................

Oleg Jelesko, Istar Capital Ltd., Director