# EXHIBIT 13

**International Wire Transfer**

| | | | |
|---|---|---|---|
| **Transfer Description:** | ID589107 | **Recurring Frequency:** | None |
| **Transfer Start Date:** | 11/21/2025 | **Transfer End Date:** | |
| **Amount:** | $1,000,000.00 | **From Account:** | DDA_1549 |
| **Tax Identification Number:** | Community Federal Savings Bank [XXX-XX-1549] | **Pending Approvals:** | |
| **Transfer Status:** | Processed | | |

**Review Details**

| Name: | Date and Time: |
|---|---|
| Michael Westcott | 11/21/2025 2:34 PM |

**Beneficiary**

| | | | |
|---|---|---|---|
| **Identification Type:** | DDA Account Number | **Message to Beneficiary:** | ID306801 - Tennor purchase Voltaire bonds |
| **Identification Number:** | 4031206143477007 | | |
| **Name:** | ISTAR CAPITAL LTD Unit 604, | | |
| **Address:** | Level 6, Index Tower, DIFC, PO Box 507268, Dubai | **Beneficiary Reference:** | ID306801 |
| **Country:** | United Arab Emirates | | |

**Beneficiary Institution**

| | | | |
|---|---|---|---|
| **Identification Type:** | Swift Bank Code | **Name:** | FIRST ABU DHABI BANK |
| **Identification Number:** | NBADAEAAXXX | **Address:** | Sheikh Khalifa Street, Abu Dhabi |
| | | **Country:** | United Arab Emirates |

**Intermediary Institution**

| | | | |
|---|---|---|---|
| **Identification Type:** | Fed Routing | **Name:** | CITIBANK N.A. |
| **Identification Number:** | Number 091409571 | **Address:** | NEW YORK NY<br>NEW YORK NY |

**Receiving Institution**

| | |
|---|---|
| **Routing/Transit Number:** | 091409571 |
| **Institution Name:** | CITIBANK N.A. |