UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                    :
ISTAR CAPITAL LTD.,                                 :
                                                    :         26 Civ. 1066 (PAE)
                              Plaintiff,            :
              -v-                                   :         ORDER
                                                    :
TENNOR LLC *et al.*,                                :
                                                    :
                              Defendants.           :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On February 9, 2026, plaintiff filed the Complaint in this case, asserting diversity of citizenship of the parties as the sole basis for federal jurisdiction. Dkt. 13. On review, it appears to the Court that plaintiff Istar Capital Limited ("Istar") is incorporated in the United Arab Emirates, and thus a foreign citizen for diversity purposes, and that at least one defendant is also a foreign citizen. If that is correct, this Court lacks diversity jurisdiction over this action. *See In re Ski Train Fire in Kaprun Austria on Nov. 11, 2000*, 499 F. Supp. 2d 437, 445 (S.D.N.Y. 2007) (foreign plaintiffs "cannot bring suit in this Court where another foreign entity is named as the primary defendant, for such party would destroy diversity"), *aff'd sub nom. Geier v. Omniglow Corp.*, 357 F. App'x 377 (2d Cir. 2009).

To enable the Court to determine whether there is diversity of citizenship, Istar must therefore file a letter on the docket, by **February 17, 2026**, alleging the citizenship of all parties to this litigation.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 10, 2026
       New York, New York

2